ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/19

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy     Date: 11/26/2019
by Order of Judge Alvin K. Hellerstein

Jane Doe v. Halstead Property, LLC, et al. - 18 Civ. 5436 (AKH)

The status conf previously set for December 6, 2019 is hereby adjourned.

You are hereby notified that you are required to appear for a status conf.

    Date:     January 3, 2020
    Time:     10:00 am
    Place:     U.S. Courthouse - Southern District of New York
                500 Pearl Street
                Courtroom 14D
                New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
11-26-19