**Ayo**

> Yes!

> I would like to do that if it is more beneficial to you.

I would of course love to get the entire commission but it's really not a factor in the overall scheme of things at this point. As the agent who procured you as the renter for this listing it is standard in all of our rental agreements that if the landlord sold to that renter I would be entitled to the full 6% commission. No matter who he sells to the commission is 6% so it really comes down to the sales price for him and how much $ he doesn't leave on the table which is understandable.

Tue, Apr 18, 8:43 AM

> Ok, just wanted to know if that would help. I just learned how it was paid, I thought I had to pay the commission. Also, I found out the reserves is about $28,000 which is the roughly the same amount of reserves when Unit 1 was bought. When Unit 1 was bought, the reserves were $30,000.
>
> Additionally the same amount of renter-occupied units is the same when Unit 1



> was financed as well...Unit 8, Unit 7, Unit 4, and Unit 2 were renter occupied at that time of Unit 1's financing.
>
> Truthfully, I've already done my due diligence. I got preapproved for the 425k which was Frédéric's last offer.
>
> Another question is if you believe there is no way that I will be financed why should I keep a financing offer on the table and wait for cash buyers? This doesn't make sense to me.

Tue, Apr 18, 12:38 PM

> The difference is with unit 1 they had a high networth which made the bank look the other way so to speak in regards to low reserves and low owner occupancy.

> You can speak to the same guy I spoke. He has been servcing my office for years so he's not someone sitting in a branch.
> donald.e.perodin@wellsfargo.com

> The choice to keep the offer on the table it's up to you. You have nothing to lose. Frederic proceeds and sees what the market will bear. if it's looking like an all cash offer is not possible happening