Geannetta Jackson  

Recipient                          ⚲

(G) Good evening Ayo,
quick question--is it
of additional benefit
to you if you are my
buyer's agent?          7:18 PM

If I am your buyer's  
agent for the
purchase of the
7:57 PM  studio?

(G) Yes!  7:57 PM

(G) I would like to do
that if it is more
beneficial to you.
8:04 PM

 Enter message    ☺  

DDP00032