**From:** Geannetta [mailto:geannetta@gmail.com]
**Sent:** Thursday, May 4, 2017 8:17 PM
**To:** Ayo Haynes <AHaynes@Halstead.com>
**Subject:** Fwd: $444K Offer on Unit 4, 123 W 131

Good evening Ayo,

Thank you for taking the time to speak with me this afternoon. I have been more than patient with this process, however it is no longer fair to me to continue to negotiate for a place which it seems like Frederic does not want to sell to me. I am writing this email to inform you that I am withdrawing my best and final offer of $450K. You have informed me that he has two additional offers of $480K and $485K. Given that I have been submitting severals offers but have not received any counteroffers since $425K or any acceptance of my offers from Frederic over the course of one month, there is no need for further negotiation. Especially, considering my offer of $444K was approved by the bank underwriters which means we can have moved to an almost immediate closing, this offer was formally submitted last Thursday.

During our conversation earlier you stated something along the lines of "Frederic may want to not leave 30K on the table", while I do understand that, please also understand that this is a unique situation where I have been living here for 5 years, I've created a seamless process for Frederic when issues arose, and as I informed you yesterday that I am willing to accept the condo "AS IS" and no information received from the lawyer's due diligence would make me withdraw my offer. Individuals may have placed higher bids, however they have not done their due diligence. It's quite possible that once their lawyers do their due diligence they may seek to reduce their offer and/or it can later result in litigation against Frederic for failure to disclose known defects within 123 W 131st. It happens, it just depends on the buyer you select.

As I informed you last week, my mother is dying from colon cancer. I left my mother's bedside to be available for the open house this past Sunday, April 30th, which you insisted on having. I can not do that again this weekend at this stage of her health. You informed my now former buyer's agent, Richard Sauerhaft, that you needed to conduct an open house in order to present my offer of 444K with underwriting approval (at the time) to Frederic. I do not have the mental fortitude to continue to endure this situation along with my mother's health. As you continue your search for a higher bidder, I am informing you that I do need to shift my focus on my dying mother, so I cannot accomodate an open house for this weekend. This negotiation has truly been unfair to me, you even spoke with my

5

JD - 00031

mortgage banker inquiring if I could increase my price. In this situation, I have taken my focus away from what is truly important in my life - my mother.

I will not spend any more mental space and energy trying to buy a place that the price keeps increasing without a fair negotiation. I sent you my REBNY Form which shows you every cent and debt that I have, I cannot sell my soul and morals in exchange for the precious last moments with my mother. My mother is extremely important to me and that is where I will now focus my time. I have taken leave from work as of today, and will be by her bedside for the time being. Please contact my Fiance' Teka at (718) 219-8458, to set up any appointments during the evenings next week, I will not be available due to the critical stage of my mother's health. This situation I have to step away from and be there for my mom, like how you described you were there for your mother when she died of stomach cancer. I truly hope that Frederic knows that I wanted to be the next owner, but I do understand that it was his choice in every action you have made.

Best regards,

Geannetta

**Confidential and Privileged Communication:** This email is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, you are not authorized to read, print, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately at the contact information listed in this e-mail.

---------- Forwarded message ----------
From: **Geannetta** <geannetta@gmail.com>
Date: Wed, May 3, 2017 at 4:12 PM
Subject: Re: $444K Offer on Unit 4, 123 W 131
To: Ayo Haynes <AHaynes@halstead.com>

Good afternoon Ayo,

It was a pleasure talking to you this afternoon. Please let Frederic know that I really appreciate him considering my offer and I am willing to accept 123 W. 131 St. Unit 4, as is.