**De :** Geannetta <geannetta@gmail.com>
**Date :** mardi 9 mai 2017 19:32
**À :** fred <frederichampel99@free.fr>
**Objet :** 123 W 131, Unit 4

Good afternoon Frederic,

I am aware that you received best and final offers last night at 7 pm. This negotiation was my first attempt at buying property, therefore I wasn't clear on the process. I would really love to own the property.

**What price can I pay you so that I am able to purchase this condo from you?**

**PLEASE** let me know directly if you would like to sell it to me. Thank you!

All the best,

Geannetta

**Confidential and Privileged Communication:** This email is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, you are not authorized to read, print, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately at the contact information listed in this e-mail.

-

This e mail is for the named addressees only and may contain confidential information. If you are not the intended recipient, please inform me and delete it from your files. If you do not wish to receive commercial emails from me in the future and like to "Opt-Out" please forward this email to optout@halstead.com with subject "remove me from your list." All information is from sources deemed reliable but is subject to errors, omissions, change of price, prior sale or withdrawal without notice. No representation is made as to accuracy of any description. All measurements and square footage are approximate and all information should be confirmed by customer. All rights to content, photographs and graphics reserved to Broker. Broker is not authorized to bind parties. Real estate contracts are only established by duly executed agreement between the parties.

--
Confidential and Privileged Communication:   This email is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, you are not authorized to read, print, copy, or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately at the contact information listed in this e-mail.

**Adler, Karen** <Karen.Adler@corcoran.com>                    Wed, May 10, 2017 at 9:39 AM
To: Gee Jackson <askgeannetta@gmail.com>

Hi Gee

I'm sorry.  It sounds like that they accepted an offer that was higher than yours.  I'm sorry we didn't know each other sooner.  I could have helped you.  But you have until next January to find a space and i'm sure you will.

**JD01273**