Please send me the answer to the questions posed earlier regarding your new offer. I will reach out to your banker for more info about your pre-approval and the building, Please let me know if you have reconsidered allowing me to have an open house from 2-3.30 on Sunday. Thank you. Ayo

## Ayo Haynes

Licensed Associate Real Estate Broker , MBA

Gold Circle Member

408 Columbus Avenue, New York, NY 10024

My Webpage  Facebook

O: 212.381.2387  |  F: 646.775.2387

AHaynes@halstead.com  |  Halstead Property, LLC

More Than Just Property. We Are Halstead.

From: frédéric CHAMPEL [mailto:frederichampel99@free.fr]

Sent: Thursday, April 20, 2017 2:41 AM
To: Ayo Haynes <AHaynes@Halstead.com>
Subject: FW: $444K Offer on Unit 4, 123 W 131

De : Geannetta <geannetta@gmail.com>
Date : mercredi 19 avril 2017 15:00
À : fred <frederichampel99@free.fr>
Objet : $444K Offer on Unit 4, 123 W 131

Good afternoon Frederic',

I hope this email finds you doing well. Yesterday Ayo and I connected via text message and she stated that the property would be listed for cash buyers only, however after viewing the ad this morning, the ad does NOT mention cash buyers and now seeks buyers that are willing to do 90% financing. With that said, I discussed my financing offer of $425K prior to the property being listed to the public. This was the last price that Ayo communicated to me on March 29, 2017 during our evening phone conversation.

I have been in communication with Ayo however I don't know if you are aware of my willingness to offer more so that I can secure this property, which has been my home for the past 5 years.

Ayo mentioned having open houses where cash buyers come into view the place and I have been trying to avoid that because it is very intrusive and I am living here.

I am willing to offer 444K to take the property off the market because now the listing is seeking financial buyers rather than cash only buyers. It was my understanding that Ayo was seeking cash buyers only.

I have already been pre-approved and can move quickly. Attached is my pre-approval.

Feel free to share this with Ayo if you would like to proceed in closing the deal and removing the list.

Frédéric, I have been a great tenant and made things very seamless while living here and I would love to continue to live here.

Ultimately I know that the decision is yours, therefore this email is one of my last resorts in trying to communicate my willingness to secure the property.

I truly do hope you choose to accept my offer. It has been great having a seamless relationship with you over the years and I hope to continue it by closing the deal together.