## Counter Offer   Inbox x   Geannetta Emails x

**Ayo Haynes** <AHaynes@halstead.com>   Mar 30
to me

Geannetta, just wanted to send you an email recapping Frederic's counter offer of $425,000. After receiving an accepted offer you would have 7 business days to review the minutes and complete your due diligence before returning a signed contract. Please let me know if you have additional questions. I look forward to continuing our conversations. Best, Ayo



WATCH MY BIOGRAPHY

### Ayo Haynes

Licensed Associate Real Estate Broker , MBA
Gold Circle Member
408 Columbus Avenue, New York, NY  10024
My Webpage  Facebook
O: 212.381.2387 | F: 646.775.2387
AHaynes@halstead.com  |  Halstead Property, LLC
More Than Just Property. We Are Halstead.

HALSTEAD REAL ESTATE | NY
Official Luxury Real Estate Firm of the New York Yankees

This e mail is for the named addressees only and may contain confidential information. If you are not the intended recipient, please inform me and delete it from your files. If you do not wish to receive commercial emails from me in the future and like to "Opt-Out" please forward this email to optout@halstead.com with subject "remove me from your list." All information is from sources deemed reliable but is subject to errors, omissions, change of price, prior sale or withdrawal without notice. No representation is made as to accuracy of any description. All measurements and square footage are approximate and all information should be confirmed by customer. All rights to content, photographs and graphics reserved to Broker. Broker is not authorized to bind parties. Real estate contracts are only established by duly executed agreement between the parties.

---

**Geannetta** <geannetta@gmail.com>   Mar 30
to Ayo

Good evening Ayo,

Pardon my inability to speak earlier today, it has been an extremely busy day.  I also had to speak again with my mortgage banker to see what I could counteroffer within the confines of financing approval.  First, I must say that my initial offer was not an attempt to lowball Frederic by any means but I put together the best offer that I could afford within financing DTI constraints, my down payment, and of course my knowledge of stepping into a condo building in need of major repairs which will prospectively cost me additional money.  With all of that said, I remain willing to take the risk and move forward.  After speaking with my mortgage banker, due to other costs, my best counteroffer is $407,000.

Although we did not get an opportunity to discuss closing costs,I am assuming that the NYS and NYC transfer taxes which are costs typically covered by the seller will be covered by Frederic.  Additionally, as a heads-up, I would like to have the contract include two contingencies, one being a mortgage-contingency and the second being an appraisal-contingency.

I look forward to your follow-up.

All the Best,

Geannetta

