# Niki Khindri

**From:** G Jackson <geannetta@gmail.com>
**Sent:** Sunday, February 10, 2019 4:58 PM
**To:** Ian J Brandt; Niki Khindri
**Subject:** Fwd: Counter Offer to 123 W. 131st, UNIT 4
**Attachments:** image001.jpg

**Confidential and Privileged Communication:** This email is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, you are not authorized to read, print, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately at the contact information listed in this e-mail.

---------- Forwarded message ---------
From: **Geannetta** <geannetta@gmail.com>
Date: Mon, Apr 10, 2017 at 1:25 PM
Subject: Re: Counter Offer to 123 W. 131st, UNIT 4
To: Ayo Haynes <AHaynes@halstead.com>

Good afternoon Ayo,

Thank you kindly for your response. I know it is fairly obvious that I am not familiar with the home buying process, so please forgive me about the timing and the final and best offer. I'm just worried about my financing and closing the deal. This is home for me and I do really want to continue living here in this neighborhood for some years to come. I obtained a new pre-approval for Wells-Fargo which is the same bank which financed Unit 1.

I had the opportunity to review the underwriting guidelines for Freddie Mac, which is what Citibank and Well Fargo uses. As of March 1, 2017, Freddie Mac actually loosened a lot of its regulations on the resell of established condominiums. This condominium qualifies as an established condominium. In fact, if the buyer is an owner-occupant, they will not worry about the ratio of other investor units in established condominiums. Additionally, Wells Fargo will do approvals of financing for condominium units with low reserves. I do think Wells Fargo will approve this loan as Wells Fargo did with Unit 1 with low reserves. My mortgage banker stated that the underwriting team moves very quickly. What does Frederic need to close the deal?

Best,

Geannetta


On Mon, Apr 10, 2017 at 1:06 AM Ayo Haynes <AHaynes@halstead.com> wrote:

Geannetta, thank you for your email. Generally Best and Final offers are submitted when there are multiple offers being entertained or if your offer has been on the table for a long time. The Tuesday date you imposed assumes that Frederic will have received copies of the financials by then from Jamiyl. You are asking Frederic to accept your offer without knowing if the sale of his apt requires an all cash purchase or can actually be sold thru bank financing. The apt isn't even on the market yet and hasn't been shown so I don't understand why you have decided to issue a best and final offer. It's obviously your choice to do so but I don't think it is the best choice. My suggestion would be to give your highest and best once we have the financials in hand. In any event the decision is your. Let me know what you decide.
Best, Ayo

# Ayo Haynes

Licensed Associate Real Estate Broker, MBA

Gold Circle Member

408 Columbus Avenue, New York, NY 10024

My Webpage  Facebook

O: 212.381.2387 | F: 646.775.2387

AHaynes@halstead.com | Halstead Property, LLC

More Than Just Property. We Are Halstead.

**From:** Geannetta [mailto:geannetta@gmail.com]
**Sent:** Friday, April 7, 2017 8:05 PM
**To:** Ayo Haynes <AHaynes@Halstead.com>
**Subject:** Counter Offer to 123 W. 131st, UNIT 4

Good evening Ayo,

2

JD - 00083