Looking forward to hearing from you soon.

Kind regards,
Geannetta

**Confidential and Privileged Communication:** This email is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, you are not authorized to read, print, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately at the contact information listed in this e-mail.

On Tue, Apr 25, 2017 at 11:35 AM, Ayo Haynes <AHaynes@halstead.com> wrote:

Geannetta, I spoke to your banker last week. To be clear the building has not been approved yet and that is a critical piece of this puzzle that Frédéric needs in order to make a decision on your offer. In order to be approved your banker will need to review the 2014 and 2015 financials which I have not received yet. I did send him a balance sheet that I received from Frédéric but I do not know if that is enough to go on for your banker.

Regarding showings and open houses for this week. I'd like to show the apt in the 5 o'clock hour on Thursday and Sunday from 2-3.30. Please let me know if both of those times are good. Thank you. Ayo

Ayo Haynes, MBA

Lic. Associate Broker

Halstead Property

917.406.5403

646.775.2387 (f)

Ahaynes@halstead.com

JD - 00036