

G Jackson <geannetta@gmail.com>

## Harlem Sol Condo Association
6 messages

**Johnson, Aj** <aj.johnson@citi.com>     Tue, Apr 25, 2017 at 12:19 PM
To: Geannetta <geannetta@gmail.com>, Ayo Haynes <AHaynes@halstead.com>, Kristeen Andronescu <kandronescu@gmail.com>, "jamiyl.flemming@googlemail.com" <jamiyl.flemming@googlemail.com>
Cc: "anna@nycapartmentmanagement.com" <anna@nycapartmentmanagement.com>

Ladies,

I just heard back from the condo team and if the client puts down 10%, we will not require these documents to be reviewed,

We would not require any financials, reserves, etc. This building would fall under a limited review guidelines, in which the condo team looks for extensive issues. This makes it much easier for an association to be approved. In short we do NOT need the condo questionnaire to be completed.

This process is initiated upon review of the appraisal. The next step for us would be to have an accepted contract from the seller. That can be emailed to me at any time. Thank you!

Be infinite,

*AJ Johnson* M.B.A.

**2016 Scotsman Top Mortgage Originators Nominee**

Home Lending Professional

NMLS #: 1431579

Citibank, N.A.

Direct Phone: 636-261-8586|E-Fax: 855-827-2816

## JD Power Ranks Citi #1 in Purchase Transactions

www.jdpower.com/press-releases/jd-power-2016-us-primary-mortgage-origination-satisfaction-study

**JD01297**