## Niki Khindri

| | |
|---|---|
| From: | G Jackson <geannetta@gmail.com> |
| Sent: | Sunday, February 10, 2019 9:12 PM |
| To: | Ian J Brandt; Niki Khindri |
| Subject: | Fwd: $444K Offer on Unit 4, 123 W 131 |
| Attachments: | REBNY Financial Statement.xls |

**Confidential and Privileged Communication:** This email is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, you are not authorized to read, print, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately at the contact information listed in this e-mail.

---------- Forwarded message ---------
From: **Ayo Haynes** <AHaynes@halstead.com>
Date: Wed, Apr 26, 2017 at 12:10 AM
Subject: RE: $444K Offer on Unit 4, 123 W 131
To: Geannetta <geannetta@gmail.com>

Geannetta, can you fill the attached out? It always accompanies an offer that is presented to an owner. Since we have heard from Citi that doing a loan shouldn't be a problem this is the last piece of information needed before Frederic responds to your offer. Let me know if you have any questions about how to fill out the form but it should be self-explanatory. Thanks, Ayo

# Ayo Haynes

Licensed Associate Real Estate Broker, MBA

Gold Circle Member

408 Columbus Avenue, New York, NY 10024

1

My Webpage  Facebook

O: 212.381.2387 | F: 646.775.2387

AHaynes@halstead.com | Halstead Property, LLC

More Than Just Property. We Are Halstead.



**From:** Geannetta [mailto:geannetta@gmail.com]
**Sent:** Tuesday, April 25, 2017 1:39 PM
**To:** Ayo Haynes <AHaynes@Halstead.com>
**Subject:** Re: $444K Offer on Unit 4, 123 W 131

Good afternoon Ayo,

Hope all is well. Thanks for catching me up to speed! Have you had a chance to review the latest emails from my banker, AJ?

Quite a bit has transpired today. Based on the emails sent by AJ, things are progressing and everything is a go as far as Citibank is concerned.

Can you please update Frédéric on the latest information regarding approval for 123 W 131, Unit 4? If Frédéric is on board we can proceed with a signed contract.

Once you have touched base with Frédéric we can wrap our heads around the next steps and see if an open house is necessary?

Looking forward to hearing from you soon.

Kind regards,
Geannetta

**Confidential and Privileged Communication:** This email is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, you are not authorized to read, print, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately at the contact information listed in this e-mail.

On Tue, Apr 25, 2017 at 11:35 AM, Ayo Haynes <AHaynes@halstead.com> wrote:

Geannetta, I spoke to your banker last week. To be clear the building has not been approved yet and that is a critical piece of this puzzle that Frédéric needs in order to make a decision on your offer. In order to be approved your banker will need to review the 2014 and 2015 financials which I have not received yet. I did send him a balance sheet that I received from Frédéric but I do not know if that is enough to go on for your banker.

Regarding showings and open houses for this week. I'd like to show the apt in the 5 o'clock hour on Thursday and Sunday from 2-3.30. Please let me know if both of those times are good. Thank you. Ayo

Ayo Haynes, MBA

Lic. Associate Broker

Halstead Property

917.406.5403

646.775.2387 (f)

Ahaynes@halstead.com

-------- Original message --------

JD - 00221

From: Geannetta <geannetta@gmail.com>

Date: 4/20/17 2:14 PM (GMT-05:00)

To: Ayo Haynes <AHaynes@Halstead.com>

Subject: Re: $444K Offer on Unit 4, 123 W 131

Ayo:

Is your $444k offer without a seller's concessions? Yes. 444k with no seller's concession.

Has the building already been approved by Citi? Yes. I will have my banker reach out to you.

Are you putting 20% down or 10% down? 10% down which is what the listing mentions.

Please let me know if you have reconsidered allowing me to have an open house from 2-3.30 on Sunday?

Ayo, I informed you that Teka and I have a right to be present during open houses, this is necessary to secure our valuables. Anyone off the street interested will have access to our home and we want to make sure nothing is removed. Again, the reason I mentioned that I am unable to do Sunday from 2:00 - 3:30pm is because I have to go back to my mother's bedside, she is hospitalized with colon cancer. I'm not saying "No" to the showing, in fact, I'm driving back from CT, just to open my home to you but I do have to return to CT on Sunday early afternoon. We are not comfortable with anyone in our home when we are not there. So, unfortunately due to the dire circumstances of my ill mother, I will not be able to accommodate a showing at 2-3:30pm.

This is truly a stressful and extremely busy time but I hope that we can get to an agreement about the 123 W. 131st #4. Tell Frédéric thanks for the reconsideration of my offer, my bank is pretty confident they will approve the loan. Let's get it done if Frédéric agrees.

All the best,

4

JD - 00222

Geannetta

On Thu, Apr 20, 2017 at 8:42 AM Ayo Haynes <AHaynes@halstead.com> wrote:

Geannetta, Frederic forwarded me your email. Clearly you and I are experiencing a disconnect, which is unfortunate. I never said the open house was for all cash buyers only. What I said in separate conversations with you is that I'd like to have an open house Sunday from 2-3.30 – you said that time didn't work for you because you and Tika needed to be at every showing that I did. In our phone conversation Tuesday afternoon I told you that based on my conversation with my office's Wells Fargo representative that the only reason that loan was approved was because of the high net worth of the buyer. He felt a loan for this unit would be unlikely given the circumstances. That is why we are going the route of an all-cash buyer. I provided you with his contact info so you could speak to him directly. Did you call him? Whether you or anyone else, if Frederic accepts a financed offer he runs the risk of the loan being declined down the road and he would lose valuable time on the market.

Thank you for your new offer is $444,000. You could have communicated it to me Wednesday at any point. Is your $444k offer without a seller's concessions? Has the building already been approved by Citi? Are you putting 20% down or 10% down? Please understand that whether a loan is approved depends on a combination of factors including the ratio of renters to owners, the bldg's cash reserves and the financial profile of the buyer. I will speak to your banker to ask him if he can guarantee that if your offer of $444k is accepted that his bank could definitely do the loan. I will communicate with Frederic what the banker says.

Please understand that as Frederic's agent I have to make sure that he has all the information he needs to make an informed decision. It is not personal on either of our parts. Even before making the listing active the other day we have already spent considerable time seeing if a deal is possible with you. I was a fan of yours for many years and when Frederic asked if you should be offered an opportunity to buy the studio before anyone else, before it was put on the market, I whole-heartedly supported that decision. I can assure that I have no agenda here accept to give Frederic full information as his agent so he can make an informed choice on how to proceed to a successful and swift closing.

As you can tell from Frederic forwarding me your email he would like me to handle all marketing and negotiations of his property. Please send correspondence to me and not Frederic. Regarding the copy making mention of an "all cash-buyer" there is no mandate for it to be included in the listing copy. It is something I will share with buyers when they ask for more info about the apt.

Please send me the answer to the questions posed earlier regarding your new offer. I will reach out to your banker for more info about your pre-approval and the building, Please let me know if you have reconsidered allowing me to have an open house from 2-3.30 on Sunday. Thank you. Ayo

5

JD - 00223

# Ayo Haynes

Licensed Associate Real Estate Broker , MBA

Gold Circle Member

408 Columbus Avenue, New York, NY 10024

My Webpage  Facebook

O: 212.381.2387  |  F: 646.775.2387

AHaynes@halstead.com  |  Halstead Property, LLC

More Than Just Property. We Are Halstead.

**From:** frédéric CHAMPEL [mailto:frederichampel99@free.fr]
**Sent:** Thursday, April 20, 2017 2:41 AM
**To:** Ayo Haynes <AHaynes@Halstead.com>
**Subject:** FW: $444K Offer on Unit 4, 123 W 131

**De :** Geannetta <geannetta@gmail.com>
**Date :** mercredi 19 avril 2017 15:00
**À :** fred <frederichampel99@free.fr>
**Objet :** $444K Offer on Unit 4, 123 W 131

Good afternoon Frederic',

I hope this email finds you doing well. Yesterday Ayo and I connected via text message and she stated that the property would be listed for cash buyers only, however after viewing the ad this morning, the ad does NOT mention cash buyers and now seeks buyers that are willing to do 90% financing. With that said, I discussed my financing offer of $425K prior to the property being listed to the public. This was the last price that Ayo communicated to me on March 29, 2017 during our evening phone conversation.

I have been in communication with Ayo however I don't know if you are aware of my willingness to offer more so that I can secure this property, which has been my home for the past 5 years.

Ayo mentioned having open houses where cash buyers come into view the place and I have been trying to avoid that because it is very intrusive and I am living here.

I am willing to offer 444K to take the property off the market because now the listing is seeking financial buyers rather than cash only buyers. It was my understanding that Ayo was seeking cash buyers only.

I have already been pre-approved and can move quickly. Attached is my pre-approval.

Feel free to share this with Ayo if you would like to proceed in closing the deal and removing the list.

Frédéric, I have been a great tenant and made things very seamless while living here and I would love to continue to live here.

Ultimately I know that the decision is yours, therefore this email is one of my last resorts in trying to communicate my willingness to secure the property.

I truly do hope you choose to accept my offer. It has been great having a seamless relationship with you over the years and I hope to continue it by closing the deal together.

Please take a look at all attachments for a better understanding of my discussions with Ayo. I truly do wish you the best in all your future investment endeavors.

All the best,

Geannetta

This e mail is for the named addressees only and may contain confidential information. If you are not the intended recipient, please inform me and delete it from your files. If you do not wish to receive commercial emails from me in the future and like to "Opt-Out" please forward this email to optout@halstead.com with subject "remove me from your list." All information is from sources deemed reliable but is subject to errors, omissions, change of price, prior sale or withdrawal without notice. No representation is made as to accuracy of any description. All measurements and square footage are approximate and all information should be confirmed by customer. All rights to content, photographs and graphics reserved to Broker. Broker is not authorized to bind parties. Real estate contracts are only established by duly executed agreement between the parties.

--

Sent from iphone

# FINANCIAL STATEMENT

Name(s) _____
Address _____



The following is submitted as being true and accurate statement of the financial condition of the undersigned on the _____ day of _____ 20__.

| ASSETS | Applicant | Co-Applicant | LIABILITIES | Applicant | Co-Applicant |
|---|---|---|---|---|---|
| Cash in Banks | | | Notes Payable: | | |
| Money Markets Funds | | | To Banks | | |
| Contract Deposit | | | To Relative | | |
| Investments: Bonds & Stocks - see schedule | | | To Others | | |
| | | | Installment Accounts Payable: | | |
| Investment in Own Business | | | Automobile | | |
| Accounts & Notes Receivable | | | Other | | |
| Real Estate Owned-see schedule | | | Other Accounts Payable | | |
| Automobiles: Year Make | | | Mortgages Payable on Real Estate - see schedule | | |
| Personal Property & Furniture | | | Unpaid Real Estate Taxes | | |
| Life Insurance | | | Unpaid Income Taxes | | |
| Cash Surrender Value | | | Chattel Mortgages | | |
| Retirement Funds/IRA | | | Loans on Life Insurance Policies (Include Premium Advances) | | |
| 401K | | | | | |
| KEOGH | | | Outstanding Credit Card Loans | | |
| Profit Sharing/Pension Plan | | | Other Debts - Itemize | | |
| Other Assets | | | TOTAL LIABILITIES | $ - | $ - |
| TOTAL ASSETS | $ - | $ - | NET WORTH | $ - | $ - |
| COMBINED ASSETS | | $ - | TOTAL LIABILITIES & NET WORTH | $ - | $ - |

| SOURCE OF INCOME | Applicant | Co-Applicant | COMBINED | | $ - |
|---|---|---|---|---|---|
| Base Salary | | | CONTINGENT LIABILITIES | | |
| Overtime Wages | | | As Endorser or Co-Maker on Notes | | |
| Bonus & Commissions | | | Alimony | | |
| Dividends and Interest Income | | | Child Support | | |
| Real Estate Income (Net) | | | Are you defendant in any legal action? | | |
| Other Income - Itemize | | | Are there any unsatisfied judgments? | | |
| TOTAL | $ - | $ - | Have you ever taken bankruptcy? Explain | | |

| GENERAL INFORMATION | Applicant | Co-Applicant | | | |
|---|---|---|---|---|---|
| Personal Bank Accounts at | | | PROJECTED EXPENSES / MONTHLY | | |
| | | | Maintenance | | |
| Savings & Loan Accounts at | | | Apartment Financing | | |
| | | | Other Mortgages | | |
| Purpose of Loan | | | Bank Loans | | |
| | | | Auto Loan | | |
| | | | TOTAL | | $ - |

JD - 00227