

G Jackson <geannetta@gmail.com>

# (no subject)
2 messages

**Barry Minkin** <barrycminkin@gmail.com>  Tue, May 23, 2017 at 1:26 PM
To: G Jackson <Geannetta@gmail.com>

Hi Geannetta -
Hope your weekend went well with your mom.
I spoke to my attorney about our conversation.  The upshot is that Frederick's attorney made an error in drafting the contract.   The terms of your lease agreement was misrepresented. .  We asked Frederick for his bank statement and  when my  attorney saw that you have been paying the 3.75% increase for several months already, he said that you have a yearly lease agreement.   Frederick's attorney had it that you are paying $1711.88, which is incorrect.  We assume that Frederick did review the documents before they were sent out.

I feel like I have egg in my face, as I was hoping when I contacted you to have a nice introduction and that you would be happy that we wanted you as our tenant.   Please forgive any inconvenience this has caused you.   Christina and I are glad to have you as a tenant.
Regards
Barry

**Screen Shot 2017-05-23 at 1.04.38 PM.png**
152K

**G Jackson** <geannetta@gmail.com>  Tue, May 23, 2017 at 3:36 PM
To: Barry Minkin <barrycminkin@gmail.com>

Good afternoon Barry,

My weekend with my mother was good. :) Thank you for your apology and this email, I feel much better.  I'm glad that we were able to amicably resolve this situation and clear up the confusion which really was not your fault. I do look forward to putting this whole ordeal behind me and continuing to live at 123 W. 131st.  You and Christina seem like very great people. Good luck in the rest of this transaction and I look forward to hearing from you soon.

Best regards,

Geannetta
[Quoted text hidden]
--
Sent from iphone

## JD01308