**From:** frédéric CHAMPEL <frederichampel99@free.fr>
**Sent:** Tuesday, May 2, 2017 2:10 AM
**To:** Ayo Haynes
**Subject:** Re: Offer Letter

I am very happy with your professionalism even if it is not always easy with Geannetta and her girlfriend and the chicken !!!
I am fully with you
Best
Frédéric


**De :** Ayo Haynes <AHaynes@Halstead.com>
**Date :** mardi 2 mai 2017 05:35
**À :** fred <frederichampel99@free.fr>
**Objet :** RE: Offer Letter

Thank you for passing this on Frédéric. I asked her permission to show the apt this past Thursday but she refused me access so I had to cancel my appointments. Wednesday she agreed to allow me to have an open house Sunday but the next day she told me to cancell it because she was sick. She hired an agent to represent her so thru him I was able to actually have the open house on Sunday. She and her girlfriend stayed for the open house and cooked chicken, did laundry and watched a preacher on the Internet. I felt like they intentionally created a tense atmosphere for the open house.

Thankfully the turnout was great with 10 different buyers coming to the open house. 2 people expressed interest in putting in offers and today I spoke to one who is putting in an offer of 480,000. I'll let you in know as soon as I have received the offer in writing. I'd like to counter that offer with $490,000 expecting her to either accept that price or counter with $485,000 - we'll see. I hope to get 2 more offers in from others.

Regarding Geannetta's offer of $444,000 we know that it is low compared to the one for $480,000 that will come in tomorrow. I will counter Geannetta's offer with $485,000 to see if she will come up to that number of something close to that number.

I'll keep you posted.... Let me know if you have any questions. Best, Ayo


Ayo Haynes, MBA
Lic. Associate Broker
Halstead Property
917.406.5403
646.775.2387 (f)
Ahaynes@halstead.com
-------- Original message --------
From: frédéric CHAMPEL <frederichampel99@free.fr>
Date: 4/30/17 4:21 AM (GMT-05:00)

To: Ayo Haynes <AHaynes@Halstead.com>
Subject: FW: Offer Letter

---

**De :** Geannetta <geannetta@gmail.com>
**Date :** vendredi 28 avril 2017 12:59
**À :** fred <frederichampel99@free.fr>
**Objet :** Offer Letter

Good afternoon Frédéric,

I am delighted to inform you that my formal offer of $444K was submitted to Ayo by my agent, Richard Sauerhaft yesterday. I have only been in New York City for 10 years, but the best five years have been spent building my life here at 123 W 131, Unit 4.

As of April 25, 2017 Citibank has approved both my personal loan and the condo building. This information was communicated to Ayo as well via email by my mortgage banker.

Again, the past five years living here have been life changing and I truly hope this counts as you are finalizing your decision.

Warmly,
Geannetta Jackson

**Confidential and Privileged Communication:**  This email is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is privileged or confidential or otherwise legally exempt from disclosure.  If you are not the intended recipient, you are not authorized to read, print, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately at the contact information listed in this e-mail.

This e mail is for the named addressees only and may contain confidential information. If you are not the intended recipient, please inform me and delete it from your files. If you do not wish to receive commercial emails from me in the future and like to "Opt-Out" please forward this email to optout@halstead.com with subject "remove me from your list." All information is from sources deemed reliable but is subject to errors, omissions, change of price, prior sale or withdrawal without notice. No representation is made as to accuracy of any description. All measurements and square footage are approximate and all information should be confirmed by customer. All rights to content, photographs and graphics reserved to Broker. Broker is not authorized to bind parties. Real estate contracts are only established by duly executed agreement between the parties.