UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                 :

JANE DOE,                               :

                          :  **ORDER REGULATING**

             Plaintiff,    :  **PROCEEDINGS**

    -against-              :

                          :  18 Civ. 5436 (AKH)

HALSTEAD PROPERTY, LLC, et al.,  :

                          :

           Defendants.   :

                          :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The oral argument previously scheduled June 3, 2020 is hereby adjourned to June 4, 2020 at 11:00 a.m.  Oral argument will be held telephonically via the following call-in number:

       Call-in number: 888-363-4749

       Access code: 7518680

       To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Not later than June 2, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephonic argument, along with their contact information.

       SO ORDERED.

Dated:     May 28, 2020                /s/ Alvin K. Hellerstein
           New York, New York       ALVIN K. HELLERSTEIN
                                United States District Judge