UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                :

GEANNETTA JACKSON,                         :
                                                :       **SUMMMARY ORDER**
                           Plaintiff,      :
   -against-                              :       18 Civ. 5436 (AKH)
                                                :
HALSTEAD PROPERTY, LLC, et al.,      :
                                                :
                          Defendants.    :
                                                :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiff, who brought this case pseudonymously but has since consented to proceed under her real name, sues for alleged violations of the Fair Housing Act, 42 U.S.C. §§ 3601-3619, 3631; New York State Human Rights Law, N.Y. Exec. Law § 296(5); and New York City Human Rights Law, N.Y.C. Admin. Code § 8-107(5)(a)(1). Defendants moved for summary judgment, and Plaintiff cross-moved for discovery sanctions. Today, June 4, 2020, I heard oral argument on both motions. For the reasons stated on the record at oral argument, Defendants' motion for summary judgment is granted, and the case is dismissed. Defendants have provided undisputed evidence of a legitimate, nondiscriminatory rationale for rejecting Plaintiff's bid to purchase the apartment at issue, and Plaintiff has failed to produce evidence that the rationale was pretextual. For the reasons stated on the record, Plaintiff's motion for discovery sanctions is denied as moot. None of the evidence Plaintiff sought would have affected the summary judgment decision, as there remains undisputed evidence, including the contract of sale, that another bidder made a more attractive offer than Plaintiff.

The Clerk is directed to 1) amend the case caption to reflect Plaintiff's identity, Geanetta Jackson, instead of the pseudonym, Jane Doe, 2) close the open motions (ECF Nos. 33, 47), 3) enter judgment for Defendants, and 4) close the case.

SO ORDERED.

Dated: June 4, 2020  
       New York, New York

/s/ Alvin K. Hellerstein  
ALVIN K. HELLERSTEIN  
United States District Judge