# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Geanetta Jackson,

                Plaintiff,                  18 **CIVIL** 5436 (AKH)

      -against-                        **JUDGMENT**

Halstead Property, LLC; Halstead Manhattan, LLC;
Ayo Haynes

                Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Summary Order dated June 4, 2020, Defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
        June 5, 2020

                                    **RUBY J. KRAJICK**
                                    _____
                                    **Clerk of Court**
              **BY:**
                                _____S/ A D'Agostino_____
                                       **Deputy Clerk**